IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>  Plaintiff,<br><br>  v.<br><br>J.D. LOZANO, et al.,<br><br>  Defendants. | No. 2:20-CV-1286-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated:  July 29, 2020

              _____
              DENNIS M. COTA
              UNITED STATES MAGISTRATE JUDGE

1