IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. 2:20-CV-1286-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J.D. LOZANO, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has submitted a motion docketed as "Motion for Due Process." See ECF No. 7. Is it extremely unclear what plaintiff seeks through his motion, however, it appears that plaintiff is attempting to convert his case into a class action. Plaintiff references "class action" and lists 10 other potential plaintiffs who should receive "notification" of his complaint. See ECF No. 7, pg. 3. Therefore, the Court interprets the motion as a request for class certification. Because plaintiff is a non-attorney proceeding pro se, he cannot represent the interests of a class. See McShane v. United States, 366 F.2d 286 (9th Cir. 1966). Further, because plaintiff is incarcerated, he cannot "fairly and adequately protect the interests of the class," as required by Federal Rule of Civil Procedure 23(a)(4). This action, therefore, will not be construed as a class action but will be construed as an individual civil suit brought by plaintiff.

///

1 | Accordingly, plaintiff's motion (ECF No. 7) is hereby denied.

2 | IT IS SO ORDERED.

4 | Dated: August 3, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE