UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.D. LOZANO, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-01286-TLN-DMC<br><br>**ORDER** |

　　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

　　　　On August 4, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 4, 2020, are ADOPTED IN FULL;

2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is DENIED; and

3. Plaintiff shall pay the full filing fees for this action within 30 days of the date of this Order.

DATED: November 2, 2020

Troy L. Nunley
United States District Judge

2