# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. 2:20-CV-1286-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J.D. LOZANO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On November 3, 2020, the District Judge denied Plaintiff's motion for leave to proceed in forma pauperis and directed Plaintiff to pay the full filing fees for this action. See ECF No. 13. Plaintiff appealed. See ECF No. 15. On September 21, 2021, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal as insubstantial. See ECF No. 18. The Ninth Circuit's order constituted the appellate court's mandate. See id. Jurisdiction being returned, the Court now directs Plaintiff to pay the full filing fees within 30 days of the date of this order.

/ / /

/ / /

/ / /

/ / /

Plaintiff is again cautioned that failure to comply may result in dismissal of the action. <u>See</u> Local Rule 110.

    IT IS SO ORDERED.

Dated: October 8, 2021

                */s/ Dennis M. Cota*
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE